AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

ABRAHAM CRUZADO,

      Petitioner,    JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER: **3:09-cv-00499-ECR-VPC**

E.K. McDANIEL, et al.,

      Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that respondents' motion to dismiss (Document No. 12) is GRANTED. This petition for writ of habeas corpus is DISMISSED with prejudice for failure to state a claim upon which relief can be granted.

  August 18, 2010                                            **LANCE S. WILSON**
                                                                          Clerk

                                                                          /s/ Katie Lynn Ogden
                                                                           Deputy Clerk